IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–00325–EWN–CBS

KORTNEY HANNON,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
a foreign corporation,
JOHN DOE,
whose true name is unknown, and
JOHN DOE COMPANY,
whose true name is unknown,

    Defendants.

---

**ORDER**

---

Pending before the court is Plaintiff's Motion to Consolidate Cases (doc. # 20). Plaintiff Hannon seeks to consolidate this action with *Hannan v. Star Manufacturing International, Inc.*, Civil Action No. 08-cv-01303-LTB. Pursuant to a Memorandum (doc. # 21), dated July 23, 2008, the Motion to Consolidate Cases was referred to this Magistrate Judge for entry of an order. The court has reviewed the instant motion, Defendant Hewlet-Packard's Response (doc. # 23) and Plaintiff's Reply (doc. # 24) and is sufficiently advised in the premises.

This court is aware that it has broad discretion in determining whether to consolidate cases pending in the same district. *See Gillette Motor Transport v. Northern Oklahoma Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950); *Breaux v. American Family Mutual Insurance Co.*, 220 F.R.D. 366, 367 (10th Cir. 2004) (Nottingham, J). Having reviewed the pleadings in the two

1

cases, I find that they present common questions of fact. The court is also aware that piecemeal litigation is not favored to the extent that it may add to the burden of the litigants and the court. *Cf. Gilliam v. Fidelity Management & Research Co.*, 2005 WL 1288105, *4 (D. Mass. 2005); *State Mutal Life Assurance Co. of America v. Peat, Marwick, Mitchell & Co.*, 49 F.R.D. 202, 209 (S.D.N.Y. 1969), citing *Air King Products Co. v. Hazeltine Research*, 10 F.R.D. 381, 383 (E.D.N.Y. 1950). Accordingly, for the foregoing reasons the motion to consolidate should be granted in the interests of justice.

THEREFORE, IT IS ORDERED as follows:

1. That Plaintiff's Motion to Consolidate Cases; Certificate of Conference Pursuant to D.C.COLOL.CIVR. 7.1 (doc. # 20) is GRANTED;

2. That civil action 08-cv-01303-LTB should be CONSOLIDATED with 08-cv-00325-EWN-CBS; and

3. That civil action 08-cv-01303-LTB should be reassigned to Chief Judge Edward W. Nottingham.

4. **That a Status Conference in the consolidated cases will be held on September 3, 2008 at 10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED at Denver, Colorado, this 8th day of August, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge