### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 08-cv-00325-CMA-CBS

KORTNEY HANNAN,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, a foreign corporation, and
STAR MANUFACTURING INTERNATIONAL, INC., a foreign corporation,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. # 52), filed May 1, 2009.  It is hereby

    ORDERED that this matter is dismissed with prejudice, each party to pay its own costs, expenses, and attorney's fees.

    DATED: May 1, 2009.

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge